IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ANDREW LEE GRANGER,<br><br>Plaintiff. | No. C 13-04168 EJD (PR)<br><br>ORDER OF DISMISSAL |

On September 9, 2013, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983.[1] On the same day, the Clerk sent Plaintiff two separate notices informing him that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has since passed and Plaintiff has filed neither an IFP application nor a proper complaint. Accordingly, Plaintiff's case is DISMISSED for failure to file a complaint and for failing to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

DATED: 10/31/13

EDWARD J. DAVILA
United States District Judge

---

[1] The matter was reassigned to this Court on October 16, 2013. (See Docket No. 6.)

Order of Dismissal
G:\PRO-SE\EJD\CR.13\04168Granger_dism(compl&ifp).wpd